UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY FLANAGAN, | : |
| Plaintiff | : |
| v. | : CASE NO. 3:21-cv-00770 (VDO) |
| TRADER JOE'S EAST, INC. d/b/a TRADER JOE'S, | : |
| Defendant. | : |

## JUDGMENT

This action having come before the Court for consideration of the Defendant's motion for summary judgment before the Honorable Vernon D. Oliver, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the Defendant's motion on February 8, 2024; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the Defendant.

Dated at Hartford, Connecticut, this 9th day of February, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Jessalyn Samson
Jessalyn Samson
Deputy Clerk

Entered on Docket: 2/9/2024